**Order filed February 26, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00142-CV

———————

## IN RE KRISTIN TURLEY GIBSON AND BILLY GIBSON, AS NEXT FRIENDS OF K.G., A MINOR, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-36925**

---

## ORDER

On February 23, 2018, relator Kristin Turley Gibson and Billy Gibson, as Next Friends of K.G., a Minor, filed a petition for writ of mandamus in this court. Relators asked this court to order the Honorable Michael Landrum, Judge of the 113th District Court, in Harris County, Texas, to set aside his order dated February 8, 2018, entered in trial court number 2014-36925, styled *Kristin Turley Gibson & Billy Gibson, as Next Friends of K.G., a Minor v. Sammuel Bharksuwan, M.D. et al.*

Relators also filed a motion to stay the trial court proceedings. On February

23, 2018, this court granted the motion and issued an order staying the commencement of trial on February 26, 2018 trial.

We **LIFT** our February 23, 2018 order staying the commencement of trial. We further **ORDER** the parties to update this court of the status of the motion to sever filed by real party in interest Planned Parenthood Gulf Coast on or before February 28, 2018, at 4:00 p.m.

PER CURIAM

Panel Consists of Justices Christopher, Busby, and Brown.